**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 401 MAL 2023
                                               :
          Respondent               :
                                               :   Petition for Allowance of Appeal
                                             :   from the Order of the Superior Court
          v.                       :
                                               :
                                           :
CHRISTINE R. DUNKOWSKI,               :
                                             :
          Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.